# FORDHARRISON

300 Connell Drive | Suite 4100
Berkeley Heights, New Jersey 07922
Tel 973-646-7300 | Fax 973-646-7301

Writer's Direct Contact:

MARK A. SALOMAN
973-646-7305
msaloman@fordharrison.com

May 29, 2026

**VIA ECF**

The Honorable John P. Cronan, U.S. D.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

Re:  **Marsh & McLennan Agency LLC v. Patriot Growth Insurance Solutions, LLC et al.**
**Civil Action No. 1:26-cv-04465-JPC**

Your Honor:

We represent the Defendants in the above-referenced matter.

Due to an inadvertent oversight, I respectfully request that the Court permit the immediate voluntary withdrawal of Defendants' Notice of Removal filed on May 28, 2026 (Dkt. No. 1). Because the state court is moving forward, it does not appear that remand is required. This case may now be administratively terminated.

Defendants reserve the right to take permitted steps should diversity jurisdiction be available in the future.

We thank you in advance for the Court's consideration.

Plaintiff's Complaint, Dkt. 1, Exh. A at 2-33, asserts no cause of action arising under federal law and alleges facts indicating that the parties to this case are not diverse, *see id.* at 5. "Because federal subject-matter jurisdiction is required by Article III of the Constitution, a district court may remand a removed case in which jurisdiction is lacking at any time prior to the entry of judgment." 14C Charles Allen Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 3739.1 (Rev. 4th ed.). The Court therefore *sua sponte* remands to State court. The Clerk of Court is respectfully directed to close this case.

Respectfully submitted,

FORD & HARRISON LLP

s/*Mark A. Saloman*

MARK A. SALOMAN
Office Managing Partner

SO ORDERED
June 1, 2026

JOHN P. CRONAN
United States District Judge